| | | | | |
|---|---|---|---|---|
| CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL | | | | P05-0061 |
| 1. CIR./DIST./DIV. CODE<br>CAE | 2. PERSON REPRESENTED<br>Randolph, Emmanuel | | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER<br>5:04-002057-001 | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. Randolph | 8. PAYMENT CATEGORY<br>Misdemeanor | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | | 10. REPRESENTATION TYPE (See Instructions)<br>Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 13-3400.M -- THEFT OF U.S. PROPERTY

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
White, Cynthia L.
1858 Rosamond Blvd.

Rosamond CA 93560

Telephone Number: (661) 256-1166

**14.** NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

**13. COURT ORDER**
- [X] O Appointing Counsel
- [ ] F Subs For Federal Defender
- [ ] P Subs For Panel Attorney
- [ ] C Co-Counsel
- [ ] R Subs For Retained Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name:
Appointment Date:

[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
[ ] Other (See Instructions)

/s/ Theresa A. Goldner
Signature of Presiding Judicial Officer or By Order of the Court
11/09/2004
Date of Order                      Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  [ ] YES  [ ] NO

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | .4 | | | | |
| | (Rate per hour = $ 90.00)  TOTALS: | .4 | 36.00 | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | 1.2 | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90.00)  TOTALS: | 1.2 | 108.00 | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | 13.77 | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | 157.77 | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
FROM 6/14/05 TO 6/14/05

**20. APPOINTMENT TERMINATION DATE** IF OTHER THAN CASE COMPLETION

**21. CASE DISPOSITION** O4

**22. CLAIM STATUS**  [ ] Final Payment  [ ] Interim Payment Number ___  [X] Supplemental Payment
Have you previously applied to the court for compensation and/or remimbursement for this case? [X] YES [ ] NO  If yes, were you paid? [X] YES [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation? [ ] YES [ ] NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: Cynthia L. White  Date: 9-8-05

| 23. IN COURT COMP.<br>$36.90 | 24. OUT OF COURT COMP.<br>$108.05 | 25. TRAVEL EXPENSES<br>$13.77 | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT<br>$157.77 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER<br>/s/ Theresa A. Goldner | | | DATE<br>9/22/2005 | 28a. JUDGE / MAG. JUDGE CODE<br>72BJ |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

SEP 14 2005

Case Name U.S. v. Emmanuel Randolph
Case Number 5:04mj2057

Page 1 of 1

In-Court Worksheet

| Date | Brief Description of Service | Arraignment and/or plea | Bail/Detention Hearing | Motion Hearing | Trial | Sentencing Hearings | Revocations Hearings | Appeals Court | Proof of Compliance |
|---|---|---|---|---|---|---|---|---|---|
| 6/14/2005 | EAFB Court Appearance | | | | | | | | |
| Page Total | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 |
| Grand Total | | | | | 0.4 | | | | 0.4 |

Case Name U.S. v. Emmanuel Randolph
Case Number 5:04mj2057

Page 1 of 1

Out-of-Court Worksheet

| Date | Brief Description of Service | Interviews/ Conferences | Obtain/Review Records | Legal Research/ Brief Writing | Travel Time | Investigative/ other work |
|---|---|---|---|---|---|---|
| 6/14/2005 | Travel Time to and from Court | | | | 1.2 | |
| | Page Total | 0.0 | 0.0 | 0.0 | 1.2 | 0.0 |
| | Grand Total | | | 1.2 | | |

Case Name U.S. v. Emmanuel Randolph
Case Number 5:04mj2057

Expense Worksheet

Page 1 of 1

| Date | Brief Description of Service | Miles | Rate | Amount | Parking | Copies | Postage | Phone Fax | Other |
|---|---|---|---|---|---|---|---|---|---|
| 6/14/05 | Mileage - round trip | 34 | 0.405 | $13.77 | | | | | |
| | Page Total | 34 | | $13.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Grand Total | 34 | | $13.77 | $0.00 | $0.00 | $0.00 | $0.00 | $13.77 |

